# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| FREDDY TIDWELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case Number: |
| ) | 7:13-cv-1420-JEO |
| PILGRIM'S PRIDE CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

The plaintiffs have filed a notice of dismissal (Doc.[1] 13) pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), which authorizes a plaintiff to dismiss his action unilaterally and without prejudice if he does so before the defendant has filed an answer or a motion for summary judgment. Where the notice complies with the requirements of the rule, the notice is effective without a court order. *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990). Here, although the Defendants have filed a FED. R. CIV. P. 12(b)(6) motion to dismiss (Doc. 7), such a filing does not cut off the plaintiff's right to dismiss under Rule 41(a)(1)(A)(i). *See Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977).[2] Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to close the file.

---

[1] References herein to "Doc(s). __" are to the document numbers assigned by the Clerk of the Court to the pleadings, motions, and other materials in the court file, as reflected on the docket sheet in the court's Case Management/Electronic Case Files system.

[2] The decisions of the former Fifth Circuit handed down before October 1, 1981 are binding in the Eleventh Circuit. *Bonner v. City of Prichard*, 661 F.2d 1206, 1207 (11th Cir. 1981) (en banc).

DONE this 16th day of October, 2013.

                                                  _____
                                                  **JOHN E. OTT**
                                                  Chief United States Magistrate Judge